# In the United States District Court for the Southern District of Georgia Brunswick Division

| | |
|---|---|
| JOHN THOMAS SCHOOLCRAFT, ) | |
| ) | |
| Petitioner, ) | |
| ) | CV 219-087 |
| v. ) | |
| ) | |
| WARDEN, G.S.P., ) | |
| ) | |
| Respondent. ) | |

**ORDER**

Before the Court is Petitioner's motion for a certificate of appealability and leave to appeal *in forma* pauperis. Dkt. No. 52.

Previously this Court adopted the Magistrate Judge's Report and Recommendation, which advised that Petitioner's 28 U.S.C. § 2254 petition for a writ of habeas corpus be denied and that any motion for *in forma pauperis* status on appeal and for a certificate of appealability be denied. Dkt. Nos. 48, 50. Judgment was entered on June 14, 2022. Dkt. No. 51. Petitioner now moves the Court for leave to appeal *in forma pauperis* and for a certificate of appealability. Dkt. No. 52. The Court affirms its prior ruling and **DENIES** Petitioner's motion.

**SO ORDERED**, this 17 day of July, 2022.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA