# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
## Brunswick Division

| | | |
|---|---|---|
| JOHN THOMAS SCHOOLCRAFT, | ) | |
| | ) | |
| Petitioner/Appellant, | ) | |
| | ) | 2:19cv087 |
| v. | ) | |
| | ) | |
| WARDEN, G.S.P., | ) | |
| | ) | |
| Respondent/Appellee. | ) | |

## ORDER

The judgment of this Court in the above-styled action having been affirmed by the U.S. Court of Appeals for the Eleventh Circuit,

IT IS HEREBY ORDERED that the Mandate of the U.S. Court of Appeals for the Eleventh Circuit is made the Order of this Court.

This __7__ day of December, 2023.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA